# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMY JOSEPH, Individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 21-cv-01340 |
| v. | ) ) | The Honorable Robert M. Dow, Jr. |
| | ) | Magistrate Judge Young B. Kim |
| TGI FRIDAY'S, INC. and INVENTURE FOODS, INC., | ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **May 18, 2021, at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr., in Courtroom 1719 usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois -- or appear telephonically by agreement of the parties and consent of the Court -- or before such other judge as may be sitting in his place, and will then and there present **Defendants' Unopposed Motion for Leave to File Brief in Excess of Fifteen Pages**, copies of which have been served on all counsel of record through the Court's CM/ECF system.

Dated: May 12, 2021

*/s/ Christopher S Hennessy*
Christopher S. Hennessy (06237293)
Cozen O'Connor
123 N Wacker Drive. Suite 1800
Chicago, IL 60606
(312) 474-7900
chennessy@cozen.com

*Counsel for Defendants*

LEGAL\52241015\1