**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Amy Joseph

                            Plaintiff,

v.                                      Case No.: 1:21–cv–01340

                                           Honorable Young B. Kim

TGI Friday's, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 30, 2023:

       MINUTE entry before the Honorable Young B. Kim: Final approval hearing held. No one appeared in court to pose any objections. Plaintiff's motions for fees [65] and for final approval of class settlement [67] are granted. Enter Final Approval Order. This matter is dismissed without prejudice with leave to reinstate the case solely for purposes of enforcing the Final Approval Order and the Class Settlement Agreement. The court orders Plaintiff to file a final accounting report by March 22, 2024. Upon review of this accounting report, the court will dismiss the case with prejudice if there are no remaining issues requiring the court's attention. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.